# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMEGA AUGUSTUS,<br><br>        Plaintiff,<br><br>v.<br><br>THE NEW YORK AND PRESBYTERIAN HOSPITAL, AMN SERVICES OF NEW YORK, LLC, ONWARD HEALTHCARE, LLC, ONWARD HEALTHCARE, INC., CLAUDIA DUZLA, individually, and RONDA WINTER, individually,<br><br>        Defendants. | Case No.: 1:21-cv-7471<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that the above entitled action be dismissed in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with prejudice and without costs and fees to any party. No party hereto is an infant or incompetent.

**DEREK SMITH LAW GROUP, PLLC**
*Attorneys for Plaintiff*

By: _____
Rachel Allen, Esq.
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York, NY 10119
(212) 587-0760

Dated: 3/10/2022

**NUKK-FREEMAN & CERRA, P.C.**
*Attorneys for AMN Defendants*

By: _____
Jesse Grasty, Esq.
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 202
Chatham, NJ 07928
(973) 665-9100

Dated: April 4, 2022

98773-005/00513228-3

11

So ordered.
[signature]
5/5/22

**EPSTEIN BECKER GREEN, P.C.**
*Attorneys for NYP Defendants*

By: _____
John Houston Pope, Esq.
875 Third Ave.
New York, NY 10022
(212) 351-4500
JHPope@ebglaw.com

Dated: 3-10-22